**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| FREDDY MUNOZ AND BEATRIZ MUNOZ, AS CO-ADMINISTRATORS OF THE ESTATE OF S.M., DECEASED, | : | No. 33 EAL 2022 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA, | : | |
| | : | |
| Petitioner | : | |
| ----------------------------------------------------- | : | |
| ----------------------------------------------------- | : | |
| -------------- | : | |
| FREDDY MUNOZ, | : | |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 16th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.